**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 1:06cr118-WKW |
| | ) [18 USC 1028(a)(6); |
| IRENE HERNANDEZ-HERNANDEZ | ) 18 USC 1546(a); |
| | ) 42 USC 408(a)(7)(B)] |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 9, 2006, in Enterprise, Alabama, within the Middle District of Alabama, defendant,

**IRENE HERNANDEZ-HERNANDEZ,**

did knowingly possess an identification document, a Social Security card, that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 2

On or about February 27, 2003, in Enterprise, Alabama, within the Middle District of Alabama, defendant,

**IRENE HERNANDEZ-HERNANDEZ,**

did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in

violation of Title 18, United States Code, Section 1546(a).

### COUNT 3

On or about February 27, 2003, in Enterprise, Alabama, within the Middle District of Alabama, defendant,

IRENE HERNANDEZ-HERNANDEZ,

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to her by the Secretary when in fact such is not the Social Security account number assigned to her by the Secretary, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

/s/ Jaynne D. Gilbert
Foreperson


/s/ Leura G. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney