**COURTROOM DEPUTY MINUTES**     **DATE:** May 12, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 1:38 - 1:49

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 1:06cr118-WKW    **DEFT. NAME:** Irene Hernandez-Hernandez

**USA:** Tommie Brown Hardwick    **ATTY:** Jennifer Hart

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Tamara Martin

Defendant __X__ does ____ does NOT need an interpreter; NAME Beverly Childress

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest | **5/12/06**  or  ☐ karsr40 |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| √ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** |
| ☐20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for ____; ☐ **Prelim. Hrg** ☐ Set for ____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. |
| ☐kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ ____ Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| √ Karr. | **ARRAIGNMENT** SET FOR: ____ √ **HELD**. Plea of **NOT GUILTY** entered. |
| | √ **Trial Term** 6/26/06 ; √ **PRETRIAL CONFERENCE DATE:** 6/2/06 |
| | √ **DISCOVERY DISCLOSURES DATE:** 5/12/06 |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for ____ |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed**. |