IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RECEIVED
2006 MAY -5 P 4: 38
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NUMBER: 1:06cr118-WKW |
| | ) |
| IRENE HERNANDEZ-HERNANDEZ | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   COFFEE COUNTY JAIL
                                  AT   NEW BROCKTON, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of IRENE HERNANDEZ-HERNANDEZ, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 5B of said Court, in the City of Montgomery, Alabama, on **June 28, 2006**, at **10:00**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

RETURNED AND FILED
MAY 1 6 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

BY ORDER OF THE COURT.

DONE this the 5th day of May, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk

ATTEST: A True Copy.
Certified to _____ 5/5, 20 06.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
           Deputy Clerk

5/11/06 Returned unexecuted plu on detainer.