IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 1:06cr118-WKW |
| | ) |
| **IRENE HERNANDEZ-HERNANDEZ** | ) |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant Irene Hernandez-Hernandez. In support of this motion, undersigned counsel would show:

1. Undersigned counsel was appointed to represent Ms. Hernandez-Hernandez in the above-styled cause on May 12, 2006, and filed her notice of appearance on May 18, 2006.

2. On May 22, 2064, Ellis Bingham, Esq., notified undersigned counsel that he has been retained to represent Ms. Hernandez-Hernandez.

**WHEREFORE**, premises considered, undersigned counsel hereby prays that her motion to withdraw as counsel for Irene Hernandez-Hernandez, in the above-styled cause be granted and an Order issued permitting her withdrawal.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Assistant U. S. Attorney.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189