**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| Vs. | )   CASE NO: 06-CR-118 |
| | ) |
| **IRENE HERNANDEZ-HERNANDEZ,** | ) |
| | ) |
| **DEFENDANT.** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW Ellis D. Bingham, III**, and respectfully files his Notice of Appearance for the Defendant, Irene Hernandez-Hernandez.

Respectfully submitted,

**/s/ Ellis D. Bingham, III**
_____
**ELLIS D. BINGHAM, III**
**Attorney for Defendant**
1813 ½ 3rd Avenue North
Bessemer, Alabama  35020
(205) 424-5550

**CERTIFICATE OF SERVICE**

I hereby certify that I have delivered a copy of the foregoing **Notice of Appearance** upon the **United States Attorney's Office, Hon. Tommie Hardwick, One Church Street, Montgomery, Alabama, 36101**, by placing of copy of same in the U.S. Mail, properly addressed with postage affixed thereon, on this the 24th day of May, 2006.

**/s/ Ellis D. Bingham, III**
_____
**OF COUNSEL**