IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr118-WKW |
| | ) | |
| IRENE HERNANDEZ-HERNANDEZ | ) | |

## **ORDER**

    For good cause, it is

    ORDERED that the Motion to Withdraw as Attorney by Attorney Jennifer Anne Hart filed 23 May 206 (Doc. #13), is GRANTED.

    DONE this 25th day of May 2006.

    /s/ Vanzetta Penn McPherson
    VANZETTA PENN MCPHERSON
    UNITED STATES MAGISTRATE JUDGE