| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/2/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:37 - 9:39 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr118-WKW   **DEFENDANT(S):** Irene Hernandez-Hernandez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Ellis D. Bingham, III |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**
   Plea Likely

☐ **TRIAL STATUS**
   One Day for Trial
   6/26/06 Trial Term

☐ **REMARKS:**   Defense counsel to call courtroom deputy once he has met with defendant and let court know of defendant's willingness to plea