## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| Vs. ) | CASE NO: 06-CR-118 |
| ) | |
| IRENE HERNANDEZ-HERNANDEZ, ) | |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now, the Defendant, **Irene Hernandez-Hernandez**, by and through her undersigned counsel, **Ellis D. Bingham, III, Esq.**, and notifies this Honorable Court of her intent to change her previous entered plea of "**Not Guilty**" to "**Guilty**."

Defendant waives her right to plead in front of a District Judge and consents to do so before a Magistrate Judge.

Respectfully submitted,

**/s/ Ellis D. Bingham, III**

**ELLIS D. BINGHAM, III**
Attorney for Defendant,
 Irene Hernandez-Hernandez
1813 ½ 3rd Avenue North
Bessemer, Alabama  35020
(205) 424-5550

### CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of the foregoing **Notice of Intent to Change Plea** upon the **United States Attorney's Office, Hon. Tommie Hardwick, One Church Street, Montgomery, Alabama, 36101**, by placing of copy of same in the U.S. Mail, properly addressed with postage affixed thereon, and via electronic filing with the District Court, on this the 12th day of June, 2006.

**/s/ Ellis D. Bingham, III**

**OF COUNSEL**