COURTROOM DEPUTY MINUTES    DATE: 6/19/06    DIGITAL RECORDING: 8:20 - 8:44

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *1:06cr118-WKW*    **DEFENDANT NAME:** *Irene Hernandez-Hernandez*
**AUSA:** *Terry Moorer*    **DEFENDANT ATTY:** *Ellis D. Bingham, III*
Type Counsel:   ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO
**USPO:** Dwayne Spurlock
Defendant __x__ does _____ does NOT need and interpreter.
Interpreter present? _____ NO __x__ YES    Name: Beverly Childress

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

XCount(s) 1, 2, 3  of the Felony Indictment.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT** as to COUNTS 1, 2 and 3

X — Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement.  ❏ **ORDERED SEALED.**  ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  X Sentencing on _____ x set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.