IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cr-118-WKW |
| | ) |
| IRENE HERNANDEZ-HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of defendant's Motion to Continue (Doc. #25) it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The sentencing is continued from September 8, 2006 to September 14, 2006 at 11:00 a.m.

DONE this the 11th day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE