IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 06-cr-118-WKW |
| | ) |
| IRENE HERNANDEZ-HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

It is hereby ORDERED sentencing in this matter is continued from September 14, 2006, to September 15, 2006, at 10:00 a.m.

DONE this the 15th day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE