**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. KEITH WATKINS JUDGE                             AT MONTGOMERY, ALABAMA

DATE COMMENCED   SEPTEMBER 15, 2006                  AT 10:00 A.M./P.M.

DATE COMPLETED   SEPTEMBER 15, 2006                  AT 10:09 A.M./P.M.

UNITED STATES OF AMERICA           )      CR NO.  1:06cr118-WKW
                                   )
VS.                                )
                                   )
IRENE HERNANDEZ-HERNANDEZ          )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent Brunson | X X X X | Atty. Ellis Bingham, III |

COURT OFFICIALS PRESENT:

| Ann Roy | Jerusha Adams | Jimmy Dickens |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |
| | Beverly Childress | |
| | Interpreter | |

COURTROOM PROCEEDINGS:

**SENTENCING**

10:00 a.m.   Sentencing hearing commenced.  Terms of plea agreement
             stated on the record (Atty. Brunson).
             Court accepts plea agreement.  No objections to PSR.
             Sentence imposed.
10:09 a.m.   Hearing concluded.